**No. 48601.**—Protests 754130–G (A), etc., of Katz Berk Hat Body Corp. (New York).

Opinion by TILSON, J.  The record showed that certain of the items consist of harvest hats similar in all material respects to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).  Upon the established facts the harvest hats in question imported and withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at

25 percent under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and the said trade agreement.